**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 24-11745-AMC |
| Alison R. Hynds | : Chapter 13 |
| *Debtor* | : |
| | : |
| United Asset Management, LLC | : |
| *Movant* | : |
| vs. | : |
| Alison R. Hynds | : |
| *Debtor/Respondent* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

## OBJECTION TO CONFIRMATION OF THE PLAN

United Asset Management, LLC ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Alison R. Hynds ("Debtor"), as follows:

1. As of the bankruptcy filing date of May 22, 2024, Movant holds a secured Claim against the Debtor's property located at 5981 Stump Road, Pipersville, PA 18947.

2. On June 21, 2024, Movant filed a Proof of Claim citiy a secured claim in the amount of $166,012.45, and pre-petition arrears in the amount of $23,028.32

3. The Plan currently proposes payment to Movant in the amount of $19,531.03 for pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

**WHEREFORE**, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Respectfully submitted,

Dated: 06/24/2024

/s/Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 24-11745-AMC |
| Alison R. Hynds | : Chapter 13 |
| *Debtor* | : |
| | : |
| United Asset Management, LLC | : |
| *Movant* | : |
| vs. | : |
| Alison R. Hynds | : |
| *Debtor/Respondent* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

### CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

I, Danielle Boyle-Ebersole, Esquire, attorney for United Asset Management, LLC ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 06/24/2024:

Jeffrey C. McCullough, Esquire
Via Electronic Filing
*Attorney for Debtor*

Kenneth E. West, Esquire
Via Electronic Filing
*Trustee*

Alison R. Hynds
5981 Stump Road
Pipersville, PA 18947
Via First Class Mail
*Debtor*

Respectfully Submitted,

Date: 06/24/2024

/s/Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com