**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 24-11745-AMC |
| Alison R. Hynds | : Chapter 13 |
| *Debtor* | : |
| | : |
| United Asset Management, LLC | : |
| *Movant* | : |
| vs. | : |
| Alison R. Hynds | : |
| *Debtor/Respondent* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN**

TO THE CLERK:

    Please mark the Objection to Confirmation of Plan, filed on June 24, 2024 as Doc. #12, as withdrawn without prejudice.

                    Respectfully submitted,

                    /s/Danielle Boyle-Ebersole
                    Danielle Boyle-Ebersole, Esquire
                    Attorney I.D. # 81747
                    Hladik, Onorato & Federman, LLP
                    298 Wissahickon Avenue
                    North Wales, PA 19454
                    Phone 215-855-9521/Fax 215-855-9121
                    dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 24-11745-AMC |
| Alison R. Hynds | : Chapter 13 |
| *Debtor* | : |
| | : |
| United Asset Management, LLC | : |
| *Movant* | : |
| vs. | : |
| Alison R. Hynds | : |
| *Debtor/Respondent* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

**CERTIFICATE OF MAILING**

I, Danielle Boyle-Ebersole, Esq. certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on November 13, 2024.

The types of service made on parties were: Electronic Notification and First Class Mail:

Jeffrey C. McCullough, Esquire
Via Electronic Filing
*Attorney for Debtor*

Kenneth E. West, Esquire
Via Electronic Filing
*Trustee*

Alison R. Hynds
5981 Stump Road
Pipersville, PA 18947
Via First Class Mail
*Debtor*

Dated: 11/13/2024

/s/Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com