United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11745-amc |
| Alison R. Hynds | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 15, 2025 | Form ID: 155 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alison R. Hynds, 5981 Stump Road, Pipersville, PA 18947-1220 |
| 14943785 | + | Jeffrey C. McCullough, Esquire, 16 N. Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 14892369 | + | Towd Point Mortgage Trust 2018-6, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14899667 | + | United Asset Management, LLC, c/o Madison Management Services, LLC, 4600 Kietze Lane, Suite 5-225, Reno, NV 89502-5033 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14890203 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2025 00:16:00 | Internal Revenue Service, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 14895887 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2025 00:22:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14894046 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2025 00:24:02 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14890204 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 16 2025 00:17:00 | TOWD Point Mortgage Trust 2018-6, c/o Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, P.O.Box 65250, Salt Lake City, UT 84165-0250 |
| 14910283 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 16 2025 00:17:00 | Towd Point Mortgage Trust 2018-6, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14892645 | ^ | MEBN | Jan 16 2025 00:12:21 | U.S. Bank National Association, as Indenture Trust, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14890205 | ^ | MEBN | Jan 16 2025 00:12:33 | United Asset Management, LLC, c/o Madison Management Services, LLC, 4600 Kietzke Ln, Suite K-225, Reno, NV 89502-5017 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: 155 | Total Noticed: 11 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2025          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:

**Name**  **Email Address**

DANIELLE BOYLE-EBERSOLE
on behalf of Creditor United Asset Management  LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor Towd Point Mortgage Trust 2018-6  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com

JEFFREY C. MCCULLOUGH
on behalf of Debtor Alison R. Hynds jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　Alison R. Hynds<br><br>　Debtor(s). | Case No. 24−11745−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 14, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court