UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                                                          CASE NO.: 24-11745
                                                                                                CHAPTER 13
Alison R. Hynds,
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Towd Point Mortgage Trust 2018-6, U.S. Bank National Association, as Indenture Trustee ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                        Robertson, Anschutz, Schneid, Crane &
                        Partners, PLLC
                        Attorney for Secured Creditor
                        13010 Morris Road, Suite 450
                        Alpharetta, GA   30004
                        Telephone: 470-321-7112
                        Facsimile: 404-393-1425

                    By: /s/Sherri Dicks
                        Sherri Dicks
                        Email: sdicks@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 28, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ALISON R. HYNDS
5981 STUMP ROAD
PIPERSVILLE, PA 18947

And via electronic mail to:

JEFFREY C. MCCULLOUGH
BOND & MCCULLOUGH
16 N. FRANKLIN STREET, SUITE 300
DOYLESTOWN, PA 18901

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST SUITE 701
PHILADELPHIA, PA 19106

D. TROY SELLARS
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Angela Gill