United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                            Case No. 24-11745-amc

Alison R. Hynds                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                   Page 1 of 2

Date Rcvd: Feb 11, 2026                     Form ID: pdf900                          Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Alison R. Hynds, 5981 Stump Road, Pipersville, PA 18947-1220 |
| 14943785 | + | Jeffrey C. McCullough, Esquire, 16 N. Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 14892369 | + | Towd Point Mortgage Trust 2018-6, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14899667 | + | United Asset Management, LLC, c/o Madison Management Services, LLC, 4600 Kietze Lane, Suite 5-225, Reno, NV 89502-5033 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Feb 12 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Feb 12 2026 00:30:04 | Madison Management Services, LLC, 4600 Kietzke Ln, Suite K-225, Reno, NV 89502, UNITED STATES 89502-5017 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 12 2026 00:30:00 | Towd Point Mortgage Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 14890203 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2026 00:30:00 | Internal Revenue Service, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 14895887 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2026 00:45:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15004783 | ^ | MEBN | Feb 12 2026 00:30:03 | Madison Management Services, LLC, 4600 Kietzke Lane, Suite K-225, Reno, NV 89502-5017 |
| 14894046 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 12 2026 00:46:05 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14890204 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 12 2026 00:31:00 | TOWD Point Mortgage Trust 2018-6, c/o Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, P.O.Box 65250, Salt Lake City, UT 84165-0250 |
| 14992747 | + | Email/Text: RASEBN@raslg.com | Feb 12 2026 00:30:00 | Towd Point Mortgage Trust, Robertson, Anschutz,Schneid,Crane & Part, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14992184 | + | Email/Text: RASEBN@raslg.com | Feb 12 2026 00:30:00 | Towd Point Mortgage Trust, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14910283 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

District/off: 0313-2 | User: admin | Page 2 of 2

Date Rcvd: Feb 11, 2026 | Form ID: pdf900 | Total Noticed: 18

| | | Feb 12 2026 00:31:00 | Towd Point Mortgage Trust 2018-6, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
|---|---|---|---|
| 14892645 | ^ MEBN | | |
| | | Feb 12 2026 00:29:49 | U.S. Bank National Association, as Indenture Trust, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14890205 | ^ MEBN | | |
| | | Feb 12 2026 00:30:04 | United Asset Management, LLC, c/o Madison Management Services, LLC, 4600 Kietzke Ln, Suite K-225, Reno, NV 89502-5017 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor United Asset Management  LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Towd Point Mortgage Trust 2018-6  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Alison R. Hynds jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| SHERRI DICKS | on behalf of Creditor Towd Point Mortgage Trust 2018-6  U.S. Bank National Association, as Indenture Trustee sdicks@raslg.com, shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor Towd Point Mortgage Trust sdicks@raslg.com  shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    ALISON R. HYNDS

                Debtor

Chapter 13

Bankruptcy No. 24-11745-AMC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 10, 2026**

                Honorable Chief Judge Ashely M. Chan
                Bankruptcy Judge